# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, GROSS, and de GROOT
Appellate Military Judges

―――――――――――――

**UNITED STATES**
*Appellee*

**v.**

**Salvador DAVILA**
Staff Sergeant (E-6), U.S. Marine Corps
*Appellant*

**No. 202400100**

―――――――――――――

Decided: 30 October 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
William J. Mossor

Sentence adjudged 4 January 2024 by a general court-martial tried at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for forty-nine months, forfeiture of all pay and allowances, and a dishonorable discharge.[1]

For Appellant:
*Lieutenant Raymond E. Bilter, JAGC, USN*

―――――――――――――

[1] Appellant was credited with having served six days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we set aside the words, "on divers occasions," in Specification 2 of Charge II.[2] We have determined that the remaining findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[3]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] *See United States v. Rodriguez*, 66 M.J. 201, 203-04 (C.A.A.F. 2008); *see also United States v. Kendall*, No. 201600326, 2017 CCA LEXIS 207, *34 (N-M. Ct. Crim. App. March 30, 2017) (unpublished).

[3] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.